FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID ENRIQUEZ,<br>Defendant. | Criminal Case No. 07CR3078-IEG<br>INFORMATION<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about October 10, 2007, within the Southern District of California, defendant DAVID ENRIQUEZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 95.90 kilograms (approximately 211.42 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/15/07.

KAREN P. HEWITT
United States Attorney

J. [signature] for

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh:San Diego
10/29/07